```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED
```

AUG 18 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | No. CR04 0374RSM |
| --- | --- | --- |
| Plaintiff, | ) | INFORMATION |
| v. | ) | |
| RICHARD W. GIBSON, | ) | |
| Defendant. | ) | 04-CR-00374-INFO |

The United States Attorney charges that:

## COUNT 1

### (Wrongful Disclosure of Individually Identifiable Health Information for Economic Gain)

1. On or about October 17, 2003, at Seattle, within the Western District of Washington, RICHARD W. GIBSON, who was then an employee of a health care provider in Seattle, Washington, knowingly and for a reason other than permitted by Title 42, United States Code, Chapter 7, Subchapter XI, Part C disclosed individually identifiable health information of Patient A, a patient receiving treatment at the health care provider at which RICHARD W. GIBSON was employed, with intent to use that information for personal gain. Specifically, defendant RICHARD W. GIBSON disclosed Patient A's name, date of birth and social security number which had been collected by the health care provider from Patient A and related to the provision of and payment for health care services, to a representative of AT&T Universal Card for RICHARD W.

INFORMATION/Richard W. Gibson 1
USAO 04-0404

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  GIBSON's own personal economic gain, that is, for the purpose and intent of obtaining a
2  credit card in the name of Patient A.
3      All in violation of Title 42, United States Code, Section 1320d-6(a)(3) and
4  1320d-6(b)(3).

6  DATED this __17th__ day of August, 2004.

         _____
         for JOHN McKAY
         United States Attorney

         _____
         FLOYD G. SHORT
         Assistant United States Attorney

         _____
         SUSAN LOITZ
         Assistant United States Attorney

INFORMATION/Richard W. Gibson 2
USAO 04-0404

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970