Magistrate Judge Benton

```
          FILED        ENTERED
          LODGED       RECEIVED

          AUG 19 2004
             AT SEATTLE
       CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD W. GIBSON,<br><br>Defendant. | NO. CR04-0374RSM<br><br>WAIVER OF INDICTMENT |

1    I, RICHARD W. GIBSON, having been advised of the nature of the charge and that it is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be prosecuted by Information, do knowingly, and with advice of counsel, waive in open

///
///
///
///
///

04-CR-00374-WV

---

WAIVER OF INDICTMENT/RICHARD W. GIBSON— 1
CR04-0374RSM

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  court my right to be prosecuted by Indictment and do hereby consent to prosecution by
2  Information.
3      DATED this _19_ day of _August_, 2004.

_____
RICHARD W. GIBSON
Defendant

_____
PAULA SEMMES DEUTSCH
Attorney for Defendant

_____
SUSAN LOITZ
Assistant United States Attorney

Approved:

_____
U.S. DISTRICT JUDGE/U.S. MAGISTRATE JUDGE

WAIVER OF INDICTMENT/RICHARD W. GIBSON— 2
CR04-0374RSM

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970